**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAMBRIA HOMEOWNERS ) <br> ASSOCIATION, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 2:16-cv-00293-APG-GWF <br><br> **ORDER** |

This matter is before the Court on Plaintiff's Motion to Stay Rule 30(b)(6) Deposition (ECF No. 38), filed on July 8, 2016. Also before the Court is Defendant SFR Investments Pool 1, LLC's Countermotion to Compel Production of Documents (ECF No. 42), filed on July 26, 2016.

On August 19, 2016, the District Judge administratively stayed this matter until the Ninth Circuit issued the mandate in *Bourne Valley Court Trust v. Wells Fargo Bank*, case number 15-15233 (2:13-cv-PMP-NJK). *See Order* (ECF No. 53). The Order advised that once the mandate issued, any party may move to lift the stay. *Id.* Because this matter has remains stayed, the Court will deny the foregoing motions without prejudice. Once the stay is lifted the parties may re-file their respective motions. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Stay Rule 30(b)(6) Deposition (ECF No. 38) and Defendant SFR Investments Pool 1, LLC's Countermotion to Compel Production of Documents (ECF No. 42) are **denied** without prejudice.

DATED this 27th day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge